UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ICI USA, LLC, a Washington State Limited Liability Corporations )<br><br>Plaintiff, )<br><br>v. )<br><br>HELEN OF TROY Ltd., a Barbados Company; )<br><br>OXO International , Ltd., a Texas Limited Partnership )<br><br>Defendants. ) | NO.  11-1428<br><br>VERIFIED COMPLAINT FOR DECLARATORY AND INJUCTIVE RELIEF |

Plaintiff ICI USA, LLC ("ICI"), by and through its undersigned attorneys, Karr Tuttle Campbell, brings this Complaint for Declaratory and Injunctive Relief against Defendants Helen of Troy Ltd. ("Helen of Troy"), a Barbados Company, and OXO International, Ltd. ("OXO"), a Texas Limited Partnership, herein referred to individually or collectively as the Defendant or the Defendants, respectively.  Upon Information and belief, ICI alleges as follows:

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

## NATURE OF THE ACTION

1. This is a civil action for declaratory judgement, pursuant to 28 USC §2201 *et. seq.*, relating to United States Patent No. 7,832,027 (the "'027 Patent").

2. ICI seeks a permanent injunction enjoining Defendants from filing against ICI any claims or counterclaims alleging patent infringement by ICI with respect to the '027 Patent.

3. ICI also seeks a declaration that the '027 patent is invalid.

## THE PARTIES

4. Plaintiff ICI USA, LLC is a Washington State Limited Liability Corporation which maintains its principal offices in Seattle, Washington and sells and offers for sale products in the Western District of Washington and elsewhere.

5. Defendant Helen of Troy Ltd. is a Barbados Company which maintains its principal offices in Bridgetown, Barbados and sells and offers for sale products in the Western District of Washington and elsewhere.

6. Defendant OXO International, Ltd. is a Texas Limited Partnership which maintains its principal offices in El Paso, Texas and sells and offers for sale products in the Western District of Washington and elsewhere.

7. Defendants have made allegation of patent infringement in the Western District of Washington.

8. Defendant Helen of Troy is the assignee of the '027 Patent and manufacture and offers for sale products in the Western District of Washington and elsewhere.

9. Upon information and belief, OXO is a subsidiary company of Helen of Troy.

VERIFIED COMPLAINT FOR DECLARATORY
AND INJUCTIVE RELIEF - 2
#813009 v1 / 44204-016

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

10. Upon information and belief, OXO licenses the '027 Patent from Helen of Troy. OXO manufactures and offers for sale products in the Western District of Washington and elsewhere.

## JURISDICTION AND VENUE

11. This is an action arising under the patent laws of the United States, 35 USC §§ 1 *et seq.* Accordingly, this Court has jurisdiction pursuant to 28 USC §§1331 and 1138 (a)

12. Venue is proper in the Western District of Washington pursuant to 28 USC §§1391 and 1400(b).

## PATENT IN SUIT

13. The '027 patent (a true and correct copy of which is attached hereto as <u>Exhibit 1</u> entitled "Flexible Sink Strainer") issued on November 16, 2010.

## FACTUAL ALLEGATIONS

14. OXO manufactures and distributes <u>Good Grips</u> ("OXO Strainer") which it describes as a silicone sink strainer with stopper.

15. The Defendants allege that the OXO Strainer is taught by the '027 Patent.

16. ICI manufactures and distributes the <u>Collapsible Stopper & Strainer</u> ("ICI Strainer").

17. In July 2011, the Defendants, through its Counsel, sent a letter to ICI indicating that ICI is infringing on the '027 Patent (a true and correct copy of which is attached hereto as <u>Exhibit 2</u>).

18. In August 2011, Defendant OXO, through its Counsel, sent a letter to ICI asking that ICI dispose of its remaining inventory of the ICI Strainer (a true and correct copy of which is attached hereto as <u>Exhibit 3</u>).

VERIFIED COMPLAINT FOR DECLARATORY
AND INJUCTIVE RELIEF - 3
#813009 v1 / 44204-016

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

19. On or about August 22, 2011, the head of OXO, Alex Lee spoke with the managing partner of ICI via telephone.  During that phone call, Mr. Lee advised ICI's managing partner that the ICI Strainer was infringing on the '027 Patent, and if ICI did not cease and desist manufacture and distribution of the ICI Strainer, OXO would file a suit claiming that ICI is infringing on the '027 Patent.

20. As a direct and proximate result of the aforementioned threats and conduct, ICI has lost and continues to lose sales for the ICI Strainer, which would have yielded substantial profits for ICI.

21. ICI continues to be in reasonable apprehension of Defendants filing a lawsuit against the ICI on the '027 Patent.

**COUNT I:  CLAIM FOR DECLARATORY
JUDGEMENT OF NON INFRINGEMENT**

22. This is a claim under the Declaratory Judgement Act, *28 U.S.C. §§ 2201* and *2202*, for a judgment declaring that ICI does not infringe any valid claim of the '027 Patent.

23. Plaintiff incorporates and realleges the allegations of paragraphs 1 through 22 above.

24. Plaintiff manufactures and distributes the ICI Strainer which has been accused by Defendants of infringement.

25. The ICI Strainer does not infringe on any valid claims of the '027 Patent.

VERIFIED COMPLAINT FOR DECLARATORY
AND INJUCTIVE RELIEF - 4
#813009 v1 / 44204-016

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1

**PRAYER FOR RELIEF**

2

3

**WHEREFORE**, pray for judgement and relief as follows:

4

(a) A declaratory judgment in accordance with *28 U.S.C. § 2201(a)* declaring that the ICI

5

Strainer do not infringe any valid claim of the '027 Patent; and

6

7

(b) Permanently enjoin Defendants from threatening Plaintiff with infringement of the

8

'027 Patent; and granting such ancillary relief as may be appropriate pursuant to *28 U.S.C. §*

9

*2202.*

10

11

12

13

14

RESPECTIVELY SUBMITTED,

15

16

ICI USA, LLC

BY:  s/Priya Sinha Cloutier

17

Karr Tuttle Campbell

18

1201 Third Ave., Ste 2900

19

Seattle, WA 98101

20

Telephone:  206.224.8010

21

Facsimile:  206.682.7100

22

E-Mail:  pcloutier@karrtuttle.com

23

24

25

26

27

28

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | |
|---|---|
| 1 | |
| 2 | **VERIFICATION** |
| 3 | |

I, Matthew Frank, depose and say:

1.      I am the Managing Partner of ICI USA, LLC and I have read the attached Verified Complaint for Declaratory and Injunctive Relief.

2.      The information contained in the Verified Complaint for Declaratory and Injunctive Relief is true and correct except where the information is stated as being upon information and belief, and as to those statements, I verily believe that such information is true and correct.

Matthew Frank

STATE OF WASHINGTON )
                                           ) ss.
COUNTY OF K1NG        )

I certify that I know or have satisfactory evidence that MATTHEW FRANK is the person who appeared before me, and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute the instrument and acknowledged it as the Managing Partner of ICI USA, LLC to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

DATED:   August 29, 2011                      .

NOTARY PUBLIC in and for the State
of Washington, Residing at   Seattle, WA

Lukas Henne
(Printed or Stamped Name of Notary)
My appointment expires   11/4/13

VERIFIED COMPLAINT FOR DECLARATORY
AND INJUCTIVE RELIEF - 6
#813009 v1 / 44204-016

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100